RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WARD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL SENIOR BENEFIT ADVISORS, INC., <br><br> Defendant. | Case No. 3:22-cv-00034-BTM-BGS <br><br> JOINT NOTICE OF SETTLEMENT |

    Plaintiff Rochelle Ward ("Plaintiff") and Defendant National Senior Benefit Advisors, Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 45 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: July 20, 2022

Respectfully submitted,

By: */s/ Rachel E. Kaufman*
RACHEL E. KAUFMAN
KAUFMAN P.A.
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff Rochelle Ward and the Proposed Class*

*/s/ David J. Kaminski*
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Blvd., Suite 1200,
Los Angeles, California 90045
Tel: (310)242-2200
Fax: (310)242-2222
*Attorneys for Defendant,
NATIONAL SENIOR BENEFIT
ADVISORS, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/Rachel E. Kaufman*
Rachel E. Kaufman

JOINT NOTICE OF SETTLEMENT
*Ward v. National Senior Benefit Advisors, Inc.*