RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WARD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>NATIONAL SENIOR BENEFIT ADVISORS, INC.,<br><br>     Defendant. | Case No. 3:22-cv-00034-BTM-BGS<br><br>JOINT MOTION FOR DISMISSAL |

  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, Plaintiff Rochelle Ward and Defendant National Senior Benefit Advisors, Inc. hereby respectfully request that the Court issue an order dismissing this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

JOINT MOTION FOR DISMISSAL
*Ward v. National Senior Benefit Advisors, Inc.*
1

Dated: September 6, 2022                Respectfully submitted,

By: /s/ Rachel E. Kaufman
R<small>ACHEL</small> E. K<small>AUFMAN</small>
K<small>AUFMAN</small> P.A.
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff Rochelle Ward and the Proposed Class*

/s/ Stephen A. Watkins
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Blvd., Suite 1200,
Los Angeles, California 90045
Tel: (310)242-2200
Fax: (310)242-2222
*Attorneys for Defendant,*
*NATIONAL SENIOR BENEFIT*
*ADVISORS, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Rachel E. Kaufman
Rachel E. Kaufman