UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ROCHELLE WARD, individually and on behalf of all others similarly situated,

    Plaintiff,

 v.

NATIONAL SENIOR BENEFIT ADVISORS, INC.,

    Defendant.

Case No. 3:22-cv-00034-BTM-BGS

DISMISSAL ORDER

 Having reviewed the Parties' Joint Motion for Dismissal and good cause appearing:

 **IT IS HEREBY ORDERED** that:

 1. The Joint Motion for Dismissal is granted;

 2. Plaintiff's claims are dismissed with prejudice; and

 3. Claims of any putative class members are dismissed without prejudice.

 **IT IS SO ORDERED**.

Dated: September 19, 2022

_____
Honorable Barry Ted Moskowitz
United States District Judge